## CORNMAN v. GRAEBER STRINGING & WIRING MACH. CO. et al.
### No. 9254.

Circuit Court of Appeals, Third Circuit.

Argued March 3, 1947.

Decided March 14, 1947.

Francis C. Lowthorp, of New York City (Benjamin Ludlow, of Philadelphia, Pa., on the brief), for appellant.

E. Arnold Forrest, of Conshohocken, Pa., for appellees.

Before BIGGS, GOODRICH and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

Consideration of the briefs, of the appendix and of the argument convinces us that the court below committed no error. The law of Pennsylvania governs. See White v. Trowbridge, 216 Pa. 11, 64 A. 862. Accordingly the judgment will be affirmed.